WOODRUFF *et al.* *v.* EXECUTIVE COMMITTEE OF THE BAPTIST CONVENTION.

HILL, J. Under the evidence in this case the verdict for the defendant was the only one that could legally have been rendered; and therefore the court did not err in directing it. The amendment to the motion for new trial is only an elaboration of the general grounds, and does not show error. Civil Code (1910), § 5926.

*Judgment affirmed. All the Justices concur.*

No. 8221. JULY 18, 1931.

*R. B. Blackburn* and *J. Caleb Clarke,* for plaintiffs.
*Tye, Thomson & Tye,* for defendant.